UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAYDEEP SINGH SINGH,

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY
DETENTION FACILITY,

Respondent.

No. 1:26-cv-02074-DC-AC (HC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(ECF Nos. 6, 7)

Petitioner, an immigration detainee prisoner proceeding without counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 8, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days. ECF No. 7. Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and

1

by the magistrate judge's analysis.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 7) are ADOPTED in full;

2. Respondent's motion to dismiss (ECF No. 6) is DENIED as MOOT;

3. Petitioner's application for writ of habeas corpus is dismissed without prejudice as duplicative of *Singh v. Chestnut* ("Singh II"), No. 1:26-cv-2279 DC DMC (E.D. Cal.); and

4. The Clerk of the Court is directed to CLOSED the case.

IT IS SO ORDERED.

Dated:     **April 17, 2026**

_____
Dena Coggins
United States District Judge

---

[1]   A certificate of appealability is not required for an appeal from the denial of a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241.  See 28 U.S.C. § 2253; Harrison v. Ollison, 519 F.3d 952 (9th Cir. 2008).

2